McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
(916) 554-2700
GERALYN A. GULSETH
Special Assistant United States Attorney
Telephone: (415) 977-8923
501 I Street, Suite 10-100
Sacramento, California 95814-2322

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIDAD VEGA, | Case No. 2:05-CV-01970-DAD |
| Plaintiff, | |
| | STIPULATION TO REDACT PAGES FROM THE CERTIFIED ADMINISTRATIVE TRANSCRIPT AND FILE THE REDACTED TRANSCRIPT IN THIS ACTION; AND ORDER |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Pages 339, 340, 353, and 354 of the Certified Administrative Transcript (which has not yet been filed in this action) are confidential records pertaining to an individual other than Plaintiff;

2) Said pages shall be removed from the Certified Administrative Transcript, and from all copies of the Transcript, and then destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel; the redacted
/////

Certified Administrative Record shall then be filed in this action.

    3) The above-mentioned pages, mistakenly included in the Transcripts, will not be disclosed to anyone.

    4) The inadvertent inclusion of the above-mentioned pages in the Certified Administrative Transcript will not be a basis for a claimed error.

DATED: February 2, 2006      */s/ Bess M. Brewer*
                                   BESS M. BREWER
                                   Attorney for Plaintiff

DATED: February 2, 2006    McGREGOR W. SCOTT
                                   United States Attorney

                           By:  */s/ Bobbie J. Montoya*
                                   BOBBIE J. MONTOYA
                                   Assistant United States Attorney

                                   Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: February 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/vega1970.stipord.redact

2